FILED VIA MAIL
JACKSONVILLE, FLORIDA

APR 6 2015

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re: TUTEN, WENDALL & SANDRA  ) Case No. 3:03-bk-07571-GLP
)
)
)
)
)
Debtor(s) )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a __X__ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: Sears has determined the right to said funds and validated ownership of said funds based on company audits and research of bankruptcy court documents.

Name of Claimant: SEARS HOLDINGS CORPORATION dba SEARS ROEBUCK & CO

Mailing Address: SEARS DALLAS SUPPORT CENTER Attn: Doug Johnson P.O Box 660200

City: Dallas   State: TX   Zip Code: 75266-0200

Telephone Number: Home: _____   Work: 972-633-7553

Last Four Digits of SS# or Tax ID Number: 20-1920798

Amount of Claim: $261.33

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_____
CLAIMANT'S SIGNATURE

MAR 2 6 2015
DATE

TODD E. CRANE 3/26/15
Notary Public, State of Texas
My Commission Expires
May 22, 2015

**SEARS HOLDINGS**

sears  kmart.

3333 Beverly Road
Hoffman Estates, IL 60179

## STATEMENT OF AUTHORITY BY CORPORATE OFFICER

Sears Holdings, parent company of Sears, Roebuck and Company, Kmart Stores and their subsidiaries and affiliates does hereby state and affirm that <u>Douglas Johnson as Audit Recovery Manager</u> is duly authorized to execute documents as required to pursue the recovery of unclaimed / abandoned funds on behalf of Sears Holdings Corporation. Correspondence from Mr. Johnson will originate at our accounting center located at 2301 West Plano Parkway, Suite 201, Plano, TX 75075.

Signatory states that he is a corporate officer authorized to execute this instrument on behalf of Sears Holdings.

Signature: _[signed]_

Printed Name and Title: Robert Riecker
Vice President, Controller & Chief Accounting Officer

Sworn and subscribed to me this 7th day of February, 2014

_Cheryl Paspirgelis_
Notary Public

Residing in: Cook County, Illinois
Commission Expires: 12/17/2017

OFFICIAL SEAL
CHERYL PASPIRGELIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/17/17

**SEARS HOLDINGS**
2301 W. Plano Parkway
Suite 201
Plano, TX 75075
**Doug Johnson**
Manager, Accounting Services
Recovery Audit
Office: 972-633-7550
Cell: 940-435-6663
Doug.Johnson@searshc.com
sears K



**SEARS HOLDINGS**
3333 Beverly Road
E5-510A
Hoffman Estates, Illinois 60179
**Robert Riecker**
VP - Controller, CAO
(847)286-3715
Rob.Riecker@searshc.com
sears K